■ In the Matter of UPSET, INC., et al., Appellants, v POWER AUTHORITY OF THE STATE OF NEW YORK et al., Respondents.—Motion to dismiss, as untimely, appeal from judgment entered February 25, 1977 denied, without costs. Since proper notice of entry of this judgment was never served on appellants, their time to appeal never commenced running (CPLR 5513, subd [a]) and the notice of appeal dated July 28, 1977 was therefore timely (Matter of Downey, 275 App Div 1008; compare Cremona & Co. v Dell, 6 AD2d 719, mot for lv to app den 5 NY2d 843). Motion to dismiss appeal from order entered March 28, 1977 granted, without costs, on the ground that the order was vacated by subsequent order of Special Term dated August 2, 1977. Sweeney, J. P., Kane, Mahoney, Larkin and Mikoll, JJ., concur.

■ In the Matter of the Claim of DOMINICK LATELLA, Appellant. PHILIP Ross, as Industrial Commissioner, Respondent.—Decision affirmed, without costs. No opinion. Koreman, P. J., Main, Larkin and Herlihy, JJ., concur; Mikoll, J., dissents and votes to reverse.

## (September 16, 1977)

■ In the Matter of the Claim of FRANK BURNS et al., as Parents of RICKY BURNS, Deceased, Respondents, and RICHARD B. BRABAW, as Son of RICKY BURNS, Deceased, Appellant v ROBERT MILLER CONSTRUCTION, INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.—Motion pursuant to section 800.12 of the Rules of Practice (22 NYCRR 800.12 [App Div, 3d Dept]) granted, without costs, and the clerk is directed to accept appellant's record and brief provided they are filed and served on or before November 28, 1977. Motion for leave to proceed on the original file of the Workmen's Compensation Board denied, without costs. The appeal may be perfected upon one copy of the record on appeal and seven copies of a brief and appendix. If appellant is unable, within this time period, to file a record in compliance with rule 17 of the board's rules (12 NYCRR 300.18), the appeal need not be perfected upon a record certified by the board. In such case, the appeal may be heard upon a single copy of the record the contents of which shall be certified in the manner specified by the Rules of Practice (22 NYCRR 800.7 [b]). (See Matter of Garcia v Brassiere Rest., 59 AD2d 628.) Koreman, P. J., Greenblott, Main, Mikoll and Herlihy, JJ., concur.